*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

_____

**Robert R. Teague, Esq., (019329)**
**TEAGUE LAW GROUP**
1819 E. Southern Avenue, Suite A-10
Mesa, AZ 85204
Phone: (480) 686-9463
Fax: (480) 686-9247
Email: robert@robertteaguelaw.com
Attorneys for DANIELS, CHRISTOPHER & SYNTHIA

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| ) | |
| DANIELS, CHRISTOPHER & SYNTHIA ) | Case No: 2:12-bk-11565-EPG |
| XXX-XX-1276 | |
| & | |
| XXX-XX-2893 | |
| ) | |
| ) | |
| ) | |
| Debtors ) | **APPLICATION AND ORDER FOR** |
| ) | **FEES** |

This matter came before the court pursuant to the Chapter 13 Plan and

Application for Payment of Administrative Expenses and Notice of Date to File

Objections to Chapter 13 Plan, which was noticed to all creditors on 21st of June, 2012, as

attested to in the previously filed certificate of mailing; the time for objection having

expired; no objections having been received; and good cause appearing,

1.  The original fee (exclusive of costs) at the inception of the case, as specified in

    the Chapter 13 Plan, was $4,500.00, of which the Debtors had paid $2,540.00,

    with the balance of $1960.00 to be paid by the Trustee through the Debtors'

    payments under the Plan.

2.  Said fee ■ was ☐ was not a flat fee.

3.  Counsel has already been paid:

    A.  Fees of $ 2,540.00.

    B.  Costs of $281.00 for the filing fee, plus $40.00 for a credit report from CIN

        Legal Data Services, for a total of $2861.00.

4. Counsel is currently holding $0.00 in the trust account.

5. Counsel is not seeking any amount for services outside of the flat fee agreement in this case.

6. ☐ Counsel is seeking additional fees of $0.00 in excess of the flat fee for the following services:    NONE

   ■ Counsel is not seeking anything in excess of the flat fee.


IT IS HEREBY ORDERED APPROVING compensation for professional services to Robert R. Teague of Teague Law Group in the total amount of $4500.00, of which $2540.00 has already been paid by the Debtors.

IT IS FURTHER ORDERED that the Trustee pay $1960.00 to Teague Law Group from the funds (s)he is holding.   Per the Trustee's website, (s)he is holding funds in the amount of $2531.00 as of 12th day of April 2013.


DATED AND SIGNED ABOVE.

Dated this 12th day of April 2013.


**Teague Law Group**


By:____/RRT/_____
Robert R. Teague, Esq., (019329)
1819 E. Southern Avenue, A-10
Mesa, AZ 85204

1   ORIGINAL of the foregoing electronically filed with the Clerk of the Court this
    12th day of April 2013
2
    COPIES of the foregoing mailed this 12th day of April 2013
3   to:

4   EDWARD J. MANEY, ESQ
    101 N. FIRST AVE Suite 1775
5   PHOENIX AZ   85003

6   U.S. TRUSTEE
    OFFICE OF THE U.S. TRUSTEE
7   230 N. 1ST AVE. SUITE 204
    PHOENIX, ARIZONA 85003-1725
8
    DANIELS, CHRISTOPHER & SYNTHIA
9   8026 E ENROSE CIR
    MESA, AZ 85207
10

11  By: /rs/_____
            Rondi Siegel
12          Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28